IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JODY COLT and KRIS COLT, on behalf of themselves and their minor daughter M.C., | CV 26-44-M-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA, | |
| Defendant. | |

Defendant moved for an order allowing Robert C. Deegan to appear *pro hac vice* in this case with Daniel J. Auerbach designated as local counsel. (Doc. 12). The application of Mr. Deegan appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Robert C. Deegan to appear in this Court (Doc. 12) is **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Mr. Deegan must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Admission is personal to Mr. Deegan not the law firm he works for;

4.      Mr. Deegan shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Deegan must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 23rd day of June, 2026.

Kathleen L. DeSoto
United States Magistrate Judge