IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JODY COLT and KRIS COLT, on behalf of themselves and their minor daughter M.C., | CV 26-44-M-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA, | |
| Defendant. | |

Defendant has moved for an order allowing Rebecca R. Hanson to appear *pro hac vice* in this case with Daniel J. Auerbach designated as local counsel. (Doc. 19). The application of Ms. Hanson appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Rebecca R. Hanson to appear in this Court (Doc. 19) is **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R.

83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.    Ms. Hanson must do her own work. She must do hers own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.    Admission is personal to Ms. Hanson not the law firm she works for;

4.    Ms. Hanson shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.    Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Hanson must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 8th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge